## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| VITALIY TSURKANU,<br><br>               Petitioner,<br><br>   v.<br><br>ICE FILED OFFICE DIRECTOR,<br><br>               Respondent. | CASE NO. 2:21-cv-00674-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

Petitioner submitted a *pro se* writ for petition of habeas corpus on May 21, 2021, without paying the filing fee or seeking to proceed in forma pauperis (IFP). Dkt. 1. By letter dated May 24, 2021, Petitioner was directed to either pay the filing fee or submit a completed IFP. Dkt. 2. Petitioner was advised that failure to respond by June 23, 2021 could result in dismissal of the case. *Id*.

To date, Petitioner has neither paid the filing fee nor submitted a completed IFP application. Accordingly, the Court recommends this action be **DISMISSED** without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

/

/

/

REPORT AND RECOMMENDATION - 1

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order. Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

If Petitioner objects to this recommendation, he may be filed objections limited to three pages no later than **July 14, 2021**. The Clerk shall note this matter as ready **July 16, 2021 as** ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 30th day of June 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge