UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VITALIY TSURKANU,<br><br>             Petitioner,<br><br>      v.<br><br>ICE FILED OFFICE DIRECTOR,<br><br>             Respondent. | CASE NO. 2:21-cv-00674-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation.

(2)   The case is dismissed without prejudice.

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 20th day of July, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1